UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA SPECIALTY HOSPITAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOFFMAN,<br><br>　　　　　Defendant. | Case No. 20-cv-00478-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 3 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to *In Re Sonoma West Medical Center*, 19-cv-07080-JSW.

**IT IS SO ORDERED.**

Dated: February 6, 2020



WILLIAM H. ORRICK
United States District Judge